UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| DERRICK DUKES | CIVIL ACTION NO. 18-0433 |
| | SECTION P |
| VS. | JUDGE ELIZABETH E. FOOTE |
| SHERIFFS OFFICE WEBSTER PARISH, ET AL. | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff Derrick Dukes' claims against "Sheriffs Office Webster Parish" are **DISMISSED WITH PREJUDICE** as frivolous and for failing to state claims upon which relief can be granted. Dukes' claims against the other defendants remain pending.

SHREVEPORT, LOUISIANA, this 13th day of July, 2018.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE