UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| **DERRICK DUKES** | * | **CIVIL ACTION NO. 18-0433** <br> **SECTION P** |
| **VERSUS** | * | **JUDGE ELIZABETH E. FOOTE** |
| **SHERIFFS OFFICE WEBSTER PARISH, ET AL.** | * | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered [doc. # 44] along with the objections thereto [doc. # 47], and finding that the Report and Recommendation is supported by the law and the record in this matter,

**IT IS ORDERED** that Defendants' unopposed motion for summary judgment [doc. # 33] is **GRANTED**. Plaintiff's claims are **DISMISSED** without prejudice, but with prejudice for the purpose of proceeding *in forma pauperis* pursuant to 28 U.S.C. § 1915.

The Magistrate Judge originally denied Plaintiff's motion to compel production of surveillance video without prejudice to being re-urged if this Court denied Defendants' exhaustion defense [doc. # 43]. In light of this Court's dismissal of Plaintiff's claims for failure to exhaust, **IT IS FURTHER ORDERED** that his motion to reconsider this Court's denial of his motion to compel [Record Document 45] is **DENIED AS MOOT**.

The Clerk of Court is instructed to close this case.

THUS DONE AND SIGNED this 25th day of Feb , 2019, in Shreveport, Louisiana.

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE